UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHECKBOOK INC.,

                Plaintiff,        21 cv 116 (JGK)

    - against -                ORDER

METROPOLITAN COMMERCIAL BANK,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The Court scheduled a telephone conference for April 19, 2021 at 3:30 p.m. No party called in. The Court will hold another conference on May 4, 2021, at 2:30 p.m. Dial-in: (888) 363-4749, with access code 8140049. If the parties do not join the conference, the Court will dismiss the case without prejudice for lack of prosecution.

    SO ORDERED.

Dated:    New York, New York
           April 19, 2021

                                                  _____
                                                    John G. Koeltl
                                          United States District Judge